IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| V. | § | CRIMINAL ACTION NO. H-02-356-1 |
| | § | CIVIL ACTION NO. H-04-3376 |
| ARNULFO SAUCEDO-PEREZ, | § | |
| | § | |
| Defendant-Movant | § | |

ORDER OF DISMISSAL

After careful and independent consideration of the record in this case, the Court

**ORDERS** that Petitioner Arnulfo Saucedo-Perez's Motion to Vacate, Set Aside or

Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and his action **DISMISSED**.

SIGNED at Houston, Texas this 9th day of February, 2007.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE